> MOTION GRANTED for date and time requested.
> /s/ Kevin H. Sharp

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:16-00032 |
| | ) | CHIEF JUDGE SHARP |
| ANTHONY THORNTON | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Anthony Thornton, through undersigned counsel, respectfully moves this Court to continue his sentencing hearing currently scheduled for Monday, October 24, 2016, at 2:30 PM.

As cause, counsel avers that she has not completed the preparation necessary for the sentencing hearing.

Therefore, it is respectfully requested that the Court continue the sentencing hearing in this matter until November 8, 2016, at 2:30 PM.

Respectfully submitted,

s/ *Mariah A. Wooten*
MARIAH A. WOOTEN (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

Attorney for Anthony Thornton

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2016, I electronically filed the foregoing Motion to Continue Sentencing Hearing with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: John Benjamin Schrader, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *Mariah A. Wooten*
MARIAH A. WOOTEN